IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUSSELL WAYNE HELTON, )<br>)<br>Defendant. ) | Criminal Action No.<br>15-06013-01-CR-SJ-BP |

O R D E R

On March 28, 2016, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Jessica Micono, Psy.D. It is the opinion of Dr. Micono that Defendant is competent to proceed. During a hearing held before United States Magistrate Judge Robert Larsen on June 20, 2016, Defendant and the government stipulated to the report of Dr. Micono. The parties also agreed to waive the fourteen-day objection period. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between March 25, 2016, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date: June 28, 2016                     /s/ Beth Phillips
                                        BETH PHILLIPS, JUDGE
                                        UNITED STATES DISTRICT COURT